HELEN H. BURDEN, Appellant, v. ELMER M. BURDEN, Respondent.— Order adjudging plaintiff in contempt reversed on the law and the facts, with $10 costs and disbursements to abide the event, and the matter remitted to Special Term to take proof, either before the court itself or before a referee, with respect to the question of whether the plaintiff advised, solicited or procured the daughter Helene not to visit the defendant in accordance with the decree of

separation, or was guilty of any act of participation in causing the daughter Helene to refrain from visiting the defendant. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.